

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL/FJN
F. #2014R01920

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 26, 2022

<u>By E-mail</u>

Erica T. Vest
U.S. Probation Officer
Eastern District of New York
147 Pierrepoint Street
Brooklyn, New York 11201

      Re:    United States v. Daniel Rendon Herrera
             <u>Criminal Docket Nos. 14-625 (S-3) / 20-569 (S-6) (DLI)</u>

Dear Officer Vest:

        The government writes in response to the defendant Daniel Rendon Herrera's August 12, 2022 objections to the Presentence Investigation Report in the above-referenced cases (the "PSR"). <u>See</u> 14-CR-625, DE 172.

        As to the defendant's objections to paragraph 45, while the government agrees that the defendant was arrested on April 16, 2009 in Colombia and has been detained ever since, the government writes to clarify that arrest was made in connection with criminal charges brought under Colombian law, albeit related to the defendant's instant offenses of conviction. <u>See</u> Government's August 12, 2022 Letter Objections to the PSR, 14-CR-625, DE 171 (describing objection to PSR paragraph 75 and the defendant's foreign convictions and sentences). September 17, 2013 is the date that the defendant was notified of the arrest warrant issued in Colombia in connection with the government's request for the extradition of the defendant in these matters.

        The government has no further objections to the PSR, and reserves it right to reply to any of the defendant's responses to the government's prior objections.

The defendant is currently scheduled to be sentenced on October 17, 2022 at 11:00 a.m.  Please do not hesitate to contact us if you have any questions.

Very truly yours,

BREON PEACE
United States Attorney

By:     _____/s/_____
Jonathan P. Lax
Francisco J. Navarro
Assistant U.S. Attorneys
(718) 254-6139/6007

cc:     Clerk of Court (DLI) (by ECF and hand)
Cesar de Castro, Esq. (by ECF and e-mail)

2