

**CONSULADO DE COLOMBIA EN NUEVA YORK**

AC 362262

March 22, 2023

Metropolitan Detention Center in Brooklyn-MDC
**ATTENTION: WARDEN**
80 29th Street
Brooklyn, NY  11232

      **RE:**    Dairo Antonio Úsuga David
               CASE #: 1:14-cr-00625-DLI-1

Dear Warden:

Under the Vienna Convention on Consular Relations, (Vienna April 24, 1963), among other responsibilities, Consular functions include:

> "...subject to the practices and procedures obtaining in the receiving State, representing or arranging appropriate representation for nationals of the sending State before the tribunals and other authorities of the receiving State..."

The reason for this communication is because in visits made by our consular officers to Mr. DAIRO ANTONIO USUGA DAVID, he has repeatedly expressed to them that he experiences an ongoing chronic pain. He further asserts that the pain has persisted throughout his period of incarceration and adds that due to his current conditions of confinement in Special Administrative Measures (hereinafter, "SAMS"), his accessibility to proper medical care is even more limited.

We have shared with his counsel our concerns about his need for specialized medical attention since on or about August 2022. In our recent visit to Mr. Usuga on or about March 7, 2023, we were surprised to learn that further tests to diagnose his condition had not been scheduled.

Based on the foregoing, we respectfully request that Mr. Usuga is provided with adequate medical treatment to diagnose his condition and treat same, preventing his health from declining further.

Should you have any questions or concerns, please do not hesitate to contact Consul for Attention to Nationals, Nicolas Avila, at 212.798.9055.

*[signature]*

**Consulado de Colombia en Nueva York**
10East 46th Street New York, NY, 10017
Teléfono local: (212) 798 90 00 – Fax: (212) 972 17 25
cnuevayork@cancilleria.gov.co
Nueva York, Estados Unidos



**CONSULADO DE COLOMBIA EN NUEVA YORK**

AC 362262

Thank you in advance for your prompt attention to this matter.

Sincerely,

**ANDRES MEJIA PIZANO**
Consul General of Colombia in New York

F:\WPPUBLIC\ASISTENCIA A CONNACIONALES\1. DETENIDOS Y EXTRADITADOS\EXTRADITADOS\UBICADOS\U\Úsuga David, Dairo Antonio #99420-509
Preparo: SRA
Revisó: NAV

CC
**PAUL R. NALVEN**
PAUL R. NALVEN ATTORNEY AT LAW
43 WEST 43 STREET
SUITE 59
NEW YORK, NY 10036

CC
**ALEXEI M. SCHACHT**
123 WEST 94TH STREET
NEW YORK, NY 10025

CC
**DAIRO ANTONIO USUGA DAVID**
Reg. #: 99420-509
MDC BROOKLYN
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY 11232

**Consulado de Colombia en Nueva York**
10East 46th Street New York, NY, 10017
Teléfono local: (212) 798 90 00 – Fax: (212) 972 17 25
cnuevayork@cancilleria.gov.co
Nueva York, Estados Unidos