LAW OFFICES

# NEIL M. SCHUSTER

SUITE 2C

555 N.E. 15th STREET

MIAMI, FLORIDA 33132

NEIL M. SCHUSTER *
ANDREW HORN
   OF COUNSEL
*ALSO ADMITTED IN COLORADO
& DISTRICT OF COLUMBIA DISTRICT COURT

TELEPHONE (305) 416 - 0324
TELECOPIER (305) 416 - 0325
e-mail:neil@neilmschuster.com

October 2, 2024

Provided to Chambers via CM/ECF

Hon. Dora Lizette Irizarry
District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Dairo Antonio Usuga-David*
        Case No. 14-CR-00625-DLI
        DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL

Dear Judge Irizarry:

Co-counsel to the Defendant respectfully moves this Honorable Court to allow him to withdraw from the above-captioned case. The undersigned entered an appearance as co-counsel for limited purposes of prison related matters, DE 257, recognizing that attorneys Schacht, Tortorelli, and Nalven concomitantly served as counsel as they did throughout this case.

Attorneys Schacht, Tortorelli, and Nalven remain counsel of record. The Defendant and the undersigned have agreed that co-counsel should now withdraw.

The undersigned discussed this motion to withdraw with Defendant, co-counsel and the Office of the United States Attorney, Eastern District of New York who do not oppose the relief requested.  The undersigned counsel has provided notice of this motion to the Defendant.

WHEREFORE, Neil M. Schuster, with the agreement of the Defendant, counsel of record, and the government, respectfully moves for the entry of an order granting this motion to withdraw.

Respectfully submitted,

/s Neil M. Schuster
Neil M. Schuster
Florida Bar No. 216909
555 NE 15th Street,
Suite 2C
Miami, FL 33132
Telephone:  305-416-0324
Facsimile: 305-416-0325
Email: neil@neilmschuster.com

## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on **October 2, 2024**, I presented the foregoing to the Clerk of

the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing

to the corresponding parties.

By:_____*/s Neil M. Schuster*_____

Neil M. Schuster

NMS:asnd

cc:    Francisco J Navarro, AUSA francisco.navarro@usdoj.gov

Raffaela Belizaire, AUSA raffaela.belizaire@usdoj.gov

Tara Brigit McGrath, AUSA Tara.McGrath@usdoj.gov

Arturo Virgilio Hernandez, avhlawpa@gmail.com

Alexei M. Schacht, alexei@schachtlaw.net

Bielka M Tortorelli, tortorellilaw@gmail.com

Paul R. Nalven, nalvenlaw@yahoo.com

Dairo Antonio Usuga-David ADX Florence via USPS